CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Claire Cylkowski, Esq., SBN 335352
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
clairec@potterhandy.com
Attorneys for Plaintiff
JUAN GARIBAY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARIBAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOLISTIC ALTERNATIVE HERBAL MEDICINE, a California Nonprofit Corporation; and Does 1-10,<br><br>　　　　Defendant. | Case No.: 2:19-cv-10908-JAK-AGR<br><br>**Plaintiff's Notice of Voluntary Dismissal Without Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Juan Garibay, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Holistic Alternative Herbal Medicine, have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 18, 2024   　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　By: _/s/ Claire Cylkowski_
　　　　　　　　　　　　　　　　Claire Cylkowski
　　　　　　　　　　　　　　　　Attorney for Plaintiff